THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* BRIAN COOK, Defendant-Appellee.

(No. 55359; )

First District—June 7, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE GOLDBERG.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle, James Veldman, and Michael A. Ficaro, Assistant State's Attorneys, of counsel,) for the People.

No appearance for appellee.